**CLERK, UNITED STATES COURT OF APPEALS**
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001-2866

OFFICIAL BUSINESS



CERTIFIED MAIL®

9589 0710 5270 2357 8535 89

NEOPOST
04/08/2025
US POSTAGE $009.92⁰

FIRST-CLASS MAIL
IMI

ZIP 20001
041M11283068

RECEIVED
APR 21 2025
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

NIXIE        171    FE 1        0004/17/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 20001286699        *0319-07244-17-00

20001>2866

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

25-7041
Gayle George
412 Quackenbos Street, NW
Washington, DC 20001

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7735 2152 7585 83

2. Article Number *(Transfer from service label)*

9589 0710 5270 2357 8535 89

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?     ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**25-7041**

Gayle George
412 Quackenbos Street, NW
Washington, DC 20001

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-7041                                            **September Term, 2024**

**1:24-cv-01598-JMC**

**Filed On: April 7, 2025** [2109615]

Gayle George,

        Appellant

    v.

U.S. Bank, as legal title trustee for Truman
2016 SC6 Title Trust, et al.,

        Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be returned to the court's active docket. It is

**FURTHER ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 7, 2025 |
| Docketing Statement Form | May 7, 2025 |
| Entry of Appearance Form (Attorneys Only) | May 7, 2025 |
| Procedural Motions, if any | May 7, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 7, 2025 |
| Statement of Issues to be Raised | May 7, 2025 |
| Transcript Status Report | May 7, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | May 7, 2025 |
| Dispositive Motions, if any | May 22, 2025 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-7041**                                      **September Term, 2024**

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 7, 2025 |
| Entry of Appearance Form (Attorneys Only) | May 7, 2025 |
| Procedural Motions, if any | May 7, 2025 |
| Dispositive Motions, if any | May 22, 2025 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

    The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                                         **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                        BY:    /s/
                               Laura M. Morgan
                               Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

Attachments for Pro Se Parties Only:
    <u>Civil Docketing Statement Form</u>
    <u>Entry of Appearance Form</u>
    <u>Transcript Status Report Form</u>
    <u>Memorandum Concerning Self-Representation</u>
    <u>Memorandum Concerning Appointment of Counsel</u>

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. _____  2. DATE DOCKETED: _____

3. CASE NAME (lead parties only) _____ v. _____

4. TYPE OF CASE:   ☐ District Ct -  ○ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes  ○ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.          Tax Court Docket No.
      Civil Action _____   Bankruptcy _____   Tax _____
      Criminal _____       Adversary _____
      Miscellaneous _____  Ancillary _____

   b. Review is sought of:
      ☐ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal

   c. Name of judge who entered order being appealed:
      Judge _____          Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): _____   e. Date notice of appeal filed: _____

   f. Has any other notice of appeal been filed in this case?   ○ Yes  ○ No   If YES, date filed: _____

   g. Are any motions currently pending in trial court?   ○ Yes  ○ No   If YES, date filed: _____
      If YES, identify motion _____

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes  ○ No
      If NO, why not? _____

   i. Has this case been before the Court under another appeal number?   ○ Yes  Appeal # _____  ○ No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ○ No If YES, give each case's court and case name, and docket number:
      _____

   k. Does this case turn on validity or correct interpretation or application of a statute?   ○ Yes  ○ No
      If YES, give popular name and citation of statute _____

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?   ○ Yes  ○ No   If so, provide program name and participation dates
   _____

Signature _____   Date _____

Name of Party _____

Name of Counsel for Appellant/Petitioner _____

Address _____

Phone ( ___ ) _____   Fax ( ___ ) _____

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** _____

v.                                   **Case No:** _____

_____

### TRANSCRIPT STATUS REPORT

○ **Final -** No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final -** All transcripts necessary for the appeal have been completed and received.

**Interim Part I -** The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Interim Part II -** The following necessary transcripts have been completed and received.

| _____ | _____ | _____ |
|------|--------------------|--------------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Interim Part III -** State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____
_____
_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

## MEMORANDUM CONCERNING SELF-REPRESENTATION

The records of this Court indicate you are litigating this appeal in a pro se capacity. That is, you are not represented by an attorney and will be personally preparing papers for submission to the Court.

Decisions of the Supreme Court of the United States and of this Court have held that individuals representing themselves who are not attorneys are entitled to have their pleadings viewed in a less restrictive manner than pleadings submitted by attorneys. Accordingly, you will be allowed to present your case in your own written words without strict adherence to technical requirements, as is expected of attorneys.

In one regard, however, you will be strictly held to the requirements of the Federal Rules of Appellate Procedure and the Circuit Rules of this Court, as if you were an attorney. This is in the area of timeliness of your filings. For example, your brief must be placed in the mail by the date established in the scheduling order issued by the Court. Another example is in responding to a motion filed by the party opposing you. You have ten calendar days within which to respond to a motion, plus an additional three calendar days if the motion was served on you by mail. You will be expected to adhere to these time requirements and all others in the previously mentioned rules. If any submission of yours is not made in a timely manner it will not be filed. If you believe you have good reason for not adhering to the time requirements, you may submit your pleading along with a second filing entitled Motion For Leave To File Out Of Time. In this second filing you should set forth your reasons for not having met the time requirements and ask the court to file your pleading nevertheless. You should be aware, however, that these motions are not routinely granted, but are read and evaluated on an individual basis.

**Failure to comply with court orders, respond to dispositive motions by another party, or file your brief will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.**

# United States Court of Appeals

### District of Columbia Circuit
### Washington, D.C. 20001-2866

## MEMORANDUM CONCERNING APPOINTMENT OF COUNSEL

The procedures governing cases in which a party has been permitted to proceed on appeal in forma pauperis are described in Title 28 United States Code, Section 1915(e). That section provides:

(1) The court may request an attorney to represent any person unable to afford counsel.

(2) Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that-

   (A) the allegation of poverty is untrue; or

   (B) the action or appeal--
      (i) is frivolous or malicious;
      (ii) fails to state a claim on which relief may be granted; or
      (iii) seeks monetary relief against a defendant who is immune from such relief.

Because you are proceeding in this case in forma pauperis, you may address a letter to this court asking the Court to appoint counsel to represent you. Although the Court ordinarily will not appoint counsel, it will give consideration to your request.

If you elect to avail yourself of the opportunity to request the Court to appoint an attorney for you, your request must be received in the Clerk's Office within fifteen (15) days from the date of the enclosed order setting the initial schedule.

**Even if you request counsel, you must file the required documents by the date set in the order; respond to any dispositive motion filed by another party within the period required by the rules; and comply with any order issued by the court, including a briefing schedule. Failure to do so will result in the dismissal of your appeal for failure to prosecute. See D.C. Cir. Rule 38.**