**In the United States Court of Appeals for the District Circuit**

| | |
|---|---|
| Gayle George <br><br> Relator <br><br> v. <br><br> 412 Quackenbos Street NW Quadrant <br><br> Respondent. | Case: 25-7041 <br><br> Certificate as to Parties |

## CERTIFICATE AS TO PARTIES

Relator is Gayle George, benefactor and beneficiary of the public trust, acting in her private capacity.

The sole official defendant to the action was the property in question at 412 Quackenbos Street NW Quadrant. Relator named US Bank National Association as legal title trustee for Truman 2016 SC6 title trust, BWW Law Group, Inc., the Superior Court of the District of Columbia, and the US Marshals Service of the Superior Court of the District of Columbia as potentially interested parties to the case. The US District Court of the District of Columbia joined these parties as defendants independent of Relator's filing. The court's independent joinder changed the requirements for service etcetera.

There are no intervenors or amici to date.

Respectfully submitted,

By: /s/ Gayle George

1

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of April 2025, one copy of this Certification as to Parties was served by US Postal Service on the following parties.

Respectfully,

by: /s/ Gayle George

cc:

Christine Johnson
6003 Executive Blvd Ste 101
Rockville, MD 20852-3813

Brian Schwalb, Attorney General of the District of Columbia
Office of the Attorney General
400 6th Street, NW
Washington, DC 20001

John Sauer, Solicitor General of the United States
Department of Justice
950 Pennsylvania Avenue, NW - Room 5616
Washington, DC 20530-0001