# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-7041**                                   **September Term, 2025**

**1:24-cv-01598-JMC**

**Filed On:** January 2, 2026

Gayle George,

      Appellant

    v.

U.S. Bank, as legal title trustee for Truman
2016 SC6 Title Trust, et al.,

      Appellees


**BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins,
Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, the supplement thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.


**Per Curiam**


      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

    BY:   /s/
        Lillian R. Wright
        Deputy Clerk